UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

ROGER DURONIO

Crim. No. ~~02-933~~ 10-1574 (JJL)

### EXTENSION ORDER

This matter being brought before the Court by Paul J. Fishman, United States Attorney, (V. Grady O'Malley, Senior Litigation Counsel, Assistant U.S. Attorney appearing), who now seeks an extension of time to respond to a pending pro se 2255 motion; and, where records that have in the past been closed and shipped to a federal storage warehouse; and where additional time will be needed to locate the necessary file boxes and review and research the issues raised; and for other good cause shown:

It is so ORDERED on this 14th day of June, 2010 that the government is granted leave to locate and recall the closed files in U.S. v. Duronio and thereafter respond to the recently filed pro se 2255 application ~~from the date of this order~~ until August 2, 2010.

_____
UNITED STATES DISTRICT JUDGE